UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| THERESA ANN DAVIS, ) | |
| ) | CASE NO. C06-4106 PAZ |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| MICHAEL J ASTRUE, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court reverses and remands this case to the Commissioner of Social Security pursuant to sentence four of 42 USC § 405(g) for calculation and award of benefits, with a disability onset date of January 24, 2002.

DATED: January 15, 2008

Robert L. Phelps - Clerk

S/src
By: Deputy Clerk