IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| MARIE A HANDKE, Personal Representative of the Estate of Theresa Ann Davis, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | C06-4106 PAZ<br>ATTORNEY FEE<br>JUDGMENT IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL SECURITY, MICHAEL J ASTRUE, | ) ) ) ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

   That attorney fees are hereby awarded to the plaintiff in the total amount of $9,422.69 (nine-thousand four-hundred twenty-two dollars and sixty-nine cents) in attorneys fees.

   IT IS FURTHER ORDERED

   Plaintiff's $350.00 filing fee shall be reimbursed from the Judgment Fund.


DATED: May 16, 2008

                                        Robert L Phelps
                                        Clerk

                                        S/src
                                        (By) Deputy Clerk